HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Nicole B. Gage (SBN 318005)
ngage@hoyerlaw.com
Hallie A. Makrakis (SBN 339004)
hmakrakis@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiff
MARIO MORENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MORENO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANT HILL; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:23-cv-01841-JD<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF CAUSE OF ACTION NO. 5 WITHOUT PREJUDICE**<br><br>Judge: Hon. James Donato |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MARIO MORENO ("Plaintiff") hereby dismisses Cause of Action No. 5 against Defendant CITY OF PLEASANT HILL ("Defendant") for Family Medical Leave Act Retaliation in the above-named Complaint WITHOUT prejudice. Plaintiff notes that the matter was removed from state court based solely on federal question jurisdiction derived from that cause of action, which is now no longer present upon this dismissal.

Respectfully submitted,

Date: May 10, 2023

HOYER & HICKS

Ryan L. Hicks
*Attorney for Plaintiff*
MARIO MORENO